IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OBEDIAH GBOLO,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>JOHN A. MATA,<br><br>　　　　　　　　Respondent. | 1:05-cv-287-WSD |

### ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Feldman [9] on Defendant's Motion to Dismiss [8].  Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record.  United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984).  After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions.  Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation.  Defendant's Motion to Dismiss [8] is **GRANTED** and Petitioner's Writ of Habeas Corpus [1] is

**DISMISSED** AS MOOT.   The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 28th day of November, 2005.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE